IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| STACIE ADCOX, ET AL. | § |
| | § |
| VS. | §   CIVIL ACTION NO. G-04-633 |
| | § |
| WAL-MART STORES, INC., ET AL. | § |

**OPINION AND ORDER**

Before the Court are the "Plaintiffs' Objections to the Magistrate Judge's Order Denying Plaintiffs' Motion to Motion to Facilitate § 216(B) Notice" and the Defendants' response. Having given this matter appropriate review, pursuant to 28 U.S.C. § 636(b)(1)(A), the Court finds that the Opinion and Order of the United States Magistrate Judge is a well reasoned decision which is neither clearly erroneous nor contrary to law. The Court further finds that the Plaintiffs' objections are without merit and they are **OVERRULED**.

It is, therefore, the **ORDER** of this Court that the Plaintiffs' "Motion to Motion to Facilitate § 216(B) Notice" (Instrument no. 14) is **DENIED**.

**DONE** at Galveston, Texas, this 22nd day of July, 2005.

_____
Samuel B. Kent
United States District Judge